UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Eduardo and Lili Sasso

Case No. 08-25034
Chapter 13

_____Debtors_____/

**AMENDED MOTION TO VALUE COLLATERAL IN PLAN**

**IMPORTANT NOTICE TO CREDITORS: THIS IS A MOTION TO VALUE YOUR COLLATERAL**

**This Motion seeks to value collateral described below securing the claims of the creditors listed below.**

**If you have not filed a proof of claim, you have until the later of the claims bar date or 20 calendar days from the date this motion was served on you to file a proof of claim or you will be deemed to have waived the right to payment of any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4).]**

The debtor files this Motion to Value Collateral in Plan pursuant to 11 U.S.C. 506(a), Bankruptcy Rule 3012, Local Rule 3015-3 and seeks to value collateral securing the claims of the creditor(s) listed below by indicating in the plan the description and value of the collateral.

| Description of Collateral and Value of Collateral | Secured Creditor | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| 13235 SW 86 Street Miami, Fl 33183 WINSTON PARK UNIT 8 PB 110-49 LOT 5 BLK 71 LOT SIZE 75.00 X 100.00 OR 17801-2309 0697 4 COC 23841-2859 09 2005 6 OR 23841-2859 0905 03 Value=$274,500.00 (value is based on comparables and the First Mortgage holds a lien in the amount of $307,359.00) | Bank of America LEWIS, KENNETH D 401 N TRYON ST NC1-021-02-20 CHARLOTTE NC 28255 | 0 % | 0 | 1 to 60 | $0 |

The debtor further states that:

and states that:

1. Upon the filing of this motion, the debtor reviewed the docket and claims register

  x no claims have been filed with respect to the debt that the collateral listed above secures; or

  x the following claims have been filed with respect to the debt that the collateral listed above secures:

2. The debtor :

 does not object to the following claims listed as filed in paragraph (1) above;

 has, by separately filed document, objected to the following claims: (List)

**NOTICE IS HEREBY GIVEN THAT:**

 **1.** In accordance with the rules of this court, unless an objection is filed with the court and served upon the debtor, the debtor's attorney, and the Trustee at or before the hearing scheduled in this matter, the value of the collateral may be established as the amount as stated in the plan and in this motion without further notice, hearing or order of the court.  Pursuant to Local Rule 3015-3(A)(3), timely raised objections will be heard at the hearing scheduled on the motion.

 **2.** The undersigned acknowledges that this motion and notice of hearing must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 20 days prior to the hearing date and that a certificate of service must be filed when the motion and notice of hearing are served.

    Submitted By:
    JAMES ALAN POE, P.A.
    Attorney for Debtor
    9500 S. Dadeland Blvd., Suite 610
    Miami, FL 33156 (305)670-3950
    By:____/s/_____
    James A. Poe, Esq. F.B.N. 107956

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been served on this 22nd day of December, 2009 to Nancy Herkert,  Chapter 13 Trustee (VIA ECF), Office of the US Trustee (VIA ECF) Bank of America,LEWIS, KENNETH D, 401 N TRYON ST NC1-021-02-20,CHARLOTTE NC 28255 (VIA REGULAR and CERTIFIED MAIL).

    JAMES ALAN POE, P.A.
    Attorney for Debtor
    9500 S. Dadeland Blvd., Suite 610
    Miami, FL 33156 (305)670-3950
    By:___/s/_____
    James A. Poe, Esq. F.B.N. 107956