UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)  www.flsb.uscourts.gov

_____5th_____  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
_____  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Eduardo Sasso    JOINT DEBTOR: Lili Sasso    CASE NO.: 08-25034
Last Four Digits of SS# _____    Last Four Digits of SS# _____

x  This document is a plan summary. Additional data on file in clerk's office attached to original plan.

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
 A. $ 444.44  for months  1  to  16 ;
 B. $ 1113.93  for months  17  to  60 ;
 C. $___ for months __to___; in order to pay the following creditors:
Administrative: Attorney's Fee - $ 3,000.00 OTAL PAID $976.00
          Balance Due $ 2,024.00  payable $ 337.33 /month  (Months  1  to  6 )
Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____   Arrearage on Petition Date $
Address: _____   Arrears Payment  $_____/month (Months _____ to _____)
          _____   Regular Payment  $_____/month (Months _____ to _____)
Account No:

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America<br>LEWIS, KENNETH D<br>401 N TRYON ST<br>NC1-021-02-20<br>CHARLOTTE NC 28255 | $274,500.00<br>13235 SW 86 Street<br>Miami, Fl 33183 | 0 % | $0.00 | 1 to 60 | $0 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due    $
Payable   $_____/month (Months____ to ___) Regular Payment $

Unsecured Creditors: Pay $62.67/month  (Months  1  to   6)  376.02
          Pay $400.00/month  (Months  7  to  16) 4000
          Pay $1002.53/month  (Months  17  to  60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: Navy Federal Credit Union (First Mortgage) is current and being paid outside of the Chapter 13 Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.
   /s/ for _____          /s/ for _____
Debtor                     Joint Debtor
Date:   2/3/10                Date:  2/3/10

LF-31 (rev. 08/01/06)